**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00272-REB-MJW

CAROLYN KOCHIS,

    Plaintiff,

v.

COLORADO STRUCTURES, INC., a Colorado corporation, and
TIMOTHY J. PHELAN, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice by All Parties** [#22], filed July 5, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice by All Parties** [#22], filed July 5, 2007, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for April 18, 2008, is **VACATED**; and

2

4.  That the jury trial set to commence May 12, 2008, is **VACATED**.

Dated July 5, 2007, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**